■ In the Matter of PHILLIP MARRERO, Respondent, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, et al., Appellants. — Judgment unanimously affirmed (*see, Matter of Jones v Smith,* 120 Misc 2d 445, *affd* 101 AD2d 705, *lv granted* 63 NY2d 601). (Appeal from judgment of Supreme Court, Wyoming County, DiFlorio, J. — art 78.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and O'Donnell, JJ.